Fill in this information to identify the case:
Debtor name: District Lifestyle Wylie LLC
United States Bankruptcy Court for the: EASTERN DISTRICT OF TEXAS
Case number (if known): 22-41280

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| 4X Ventures, LLC / JMM Enterprises, LLC ATTN: John Monteiro 1003 Harbor Hideaway Frisco, TX 75036 | | | | | | $4,000,000.00 |
| Brian J. Hurst Baker McKenzie LLP 1900 N. Pearl Street, Suite 1500 Dallas, TX 75201 | | | | | | $8,600.00 |
| CBE Group 1309 Technology Pkwy Cedar Falls, IA 50613 | | | | | | $3,063.09 |
| Collin County Tax Assessor-Collector Collin County Administration Building 2300 Bloomdale Road, Suite 2324 (Property) McKinney, TX 75070 | | | | | | $72,449.74 |
| Counsel Engineers, LLC 5757 Alpha Rd, Suite 450 Dallas, TX 75240 | | | | | | $9,000.00 |
| Crestline Makena Fund, L.P., et al Attn: John Cochran 201 Main Street, Suite 1900 Fort Worth, TX 76102 | | | | $7,800,000.00 | $0.00 | $7,800,000.00 |

| Debtor | District Lifestyle Wylie LLC | Case number (if known) | 22-41280 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| D. Martinez Surveying, Inc. 2611 S. Cooper St., Suite 151 Arlington, TX 76015 | | | | | | $4,335.00 |
| Daydra Management, LLC Attn: Joe Hathaway 801 S HWY 78, Suite 307 Wylie, TX 75098 | | | | | | $640,000.00 |
| Geoscience Engineering & Testing, Inc. 2712 Satsuma Dr., Suite #400 Dallas, TX 75229 | | | | | | $36,294.50 |
| Gonzalez Concrete 813 Tarrant Dr. Euless, TX 76039 | | | | | | $1,396,438.02 |
| ID Studio 4 6201 Campus Cir Dr E Irving, TX 75063 | | | | | | $25,212.14 |
| Metropro Construction Group, Inc. 1818 Breeds Hill Rd. Garland, TX 75040 | | | | | | $3,380.35 |
| Monterey Development, LLC 13310 Escalara Ln Justin, TX 76247 | | | | $320,000.00 | $0.00 | $320,000.00 |
| Monterey Development, LLC 13310 Escalara Ln Justin, TX 76247 | | | | $320,000.00 | $0.00 | $320,000.00 |
| North Texas Trucking Inc. 1400 Maryland Dr. Irving, TX 75061 | | | | | | $10,200.00 |
| Post Road Real Estate Finance LLC Attn: Jason Carney 2 Landmark Square, Suite 207 Stamford, CT 06901 | | | | $34,500,000.00 | $0.00 | $34,500,000.00 |
| Powerscreen Texas, Inc. 5680 State Hwy 71 La Grange, TX 78945 | | | | | | $17,991.69 |

| Debtor | District Lifestyle Wylie LLC | Case number (if known) | 22-41280 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TaxCORE Lending, LLC<br>4849 Greenville Ave.<br>Two Energy Tower, Suite 1620<br>Dallas, TX 75206 | | | | $112,927.11 | $0.00 | $112,927.11 |
| Texas Select Erosion<br>1199 E Sunset Blvd.<br>Celina, TX 75009 | | | | | | $5,572.50 |
| VoidForm Products, LLC<br>6151 Cowley Rd<br>Ft. Worth, TX 76119 | | | | $30,659.34 | $0.00 | $30,659.34 |